UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL ROGERS,

    Plaintiff,

v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. 05-5231FDB

ORDER DENYING REQUEST FOR COUNSEL

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A), 636(b)(1)(B), and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. The plaintiff has been granted leave to proceed *in forma pauperis*. (Dkt. # 3). Before the court is Plaintiff's motion for appointment of counsel. (Dkt. # 20). The court finds that the motion should be **DENIED**.

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986); <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1236 (9th Cir. 1984); <u>Aldabe v. Aldabe</u>, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires

ORDER - 1

an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.  Wilborn, 789 F.2d at 1331.

Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*.  Moreover, Plaintiff has not demonstrated a likelihood of success on the merits of his claims or exceptional circumstances warranting appointment of counsel.  Accordingly, plaintiff's motion to appoint counsel (Dkt. # 20) is **DENIED**.

DATED this 9th day of May, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2