# United States District Court

## WESTERN DISTRICT OF WASHINGTON

PAUL ROGERS

      v.

CAROLINE HARDY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5231FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Defendant's Motion for Summary Judgment (Dkt. #60) is **GRANTED** and Plaintiff's claims dismissed in their entirety, with prejudice.

    June 25, 2007
Date

    BRUCE RIFKIN
Clerk

    *s/CM Gonzalez*
Deputy Clerk